AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

______________ DISTRICT OF ______________

UNITED STATES OF AMERICA

V.

Lois Bettencourt

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:07-M-109M

I, Lois Bettencourt, charged in a (complaint) ([redacted]) pending in this District with bank fraud + aggr. id. fraud. in violation of Title 18, U.S.C., 1344(1) + (2) + 1028(A)(a)(1) + (c)(5)

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

*Defendant*

11-7-07
*Date*

*Counsel for Defendant*