Entered into JDIS by 11/08632

AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
NOV 06 2007
District of Rhode Island

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA
V.
LOIS BETTENCOURT

## WARRANT FOR ARREST

Case Number: 1:07-M-109M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LOIS BETTENCOURT
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

bank fraud, and

aggravated identity theft

in violation of Title 18 United States Code, Section(s) 1344(1) and (2), and 1028A(a)(1) and (c)(5)

| | |
|---|---|
| DAVID L. MARTIN | David L Martin |
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 11-6-07 Providence, Rhode Island |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 433 Cross Rd, North Dartmouth, MA by USSS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/06/2007 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 11/07/2007 | | |